HINKLE LAW FIRM LLC
301 North Main, Suite 2000
Wichita, Kansas 67202-4820
316-267-2000 / 316-264-1518 fax

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE:<br><br>WK CAPITAL ENTERPRISES, INC.,<br>a Vermont corporation, authorized to do business<br>in Kansas<br><br>Debtor(s) | Case No. 17-10073<br>Chapter 11 |
| IN RE:<br><br>CAPITAL PIZZA HUTS, INC.,<br>a Colorado corporation<br><br>Debtor(s) | Case No. 17-10074<br>Chapter 11 |
| IN RE:<br><br>CAPITAL PIZZA HUTS OF VERMONT, INC.,<br>a Vermont corporation<br><br>Debtor(s) | Case No. 17-10075<br>Chapter 11 |

ord.consolidate-jointadminister.v4

In the United States Bankruptcy Court for the District of Kansas
IN RE:  WK Capital Enterprises, Inc., Capital Pizza Huts, Inc., Capital Pizza Huts of Vermont, Inc., Capital Pizza of New Hampshire, Inc.
Bankruptcy Case No.
Journal Entry and Order Directing Joint Administration and Procedural Consolidation Pursuant to Bankruptcy Rule 1015(b)
Page 2

| IN RE:<br><br>CAPITAL PIZZA OF NEW HAMPSHIRE, INC.,<br>a New Hampshire corporation<br><br>Debtor(s) | Case No. 17-10076<br>Chapter 11 |
|---|---|

# JOURNAL ENTRY AND ORDER DIRECTING
# JOINT ADMINISTRATION AND PROCEDURAL CONSOLIDATION

This matter comes before the Court on the Motion of Debtor for an Order Directing Joint Administration and Procedural Consolidation. The Debtors appear by and through their counsel of record Edward J. Nazar of Hinkle Law Firm LLC and Dan W. Forker, Jr. of Forker Suter, LLC. There are no other appearances.

WHEREUPON THE COURT FINDS:

**Introduction**

1.

On or about January 23, 2017, the Debtors commenced their Chapter 11 cases (the "Petition Date"), by filing separate, voluntary petitions for relief under Chapter 11 of Title 11 (the "Bankruptcy Code").

2.

The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C.

ord.consolidate-jointadminister.v4

In the United States Bankruptcy Court for the District of Kansas
IN RE:  WK Capital Enterprises, Inc., Capital Pizza Huts, Inc., Capital Pizza Huts of Vermont, Inc., Capital Pizza of New Hampshire, Inc.
Bankruptcy Case No.
Journal Entry and Order Directing Joint Administration and Procedural Consolidation Pursuant to Bankruptcy Rule 1015(b)
Page 3

§ 157(b)(2).

3.

The Debtors continue to manage their properties. No trustee has been appointed in the cases. To date no Creditors' Committee has been appointed in the Debtors' cases.

**Background**

4.

The Debtors are four related entities: WK Capital Enterprises, Inc. ("WK"), the 100% owner of three operating Pizza Hut entities, Capital Pizza Huts, Inc. ("CPH"), Capital Pizza Huts of Vermont, Inc. ("CPHV") and Capital Pizza of New Hampshire, Inc. ("CPNH") (collectively, CPH, CPHV and CPNH are the "Operating Entities").

5.

CPHV and CPNH operate all of the Pizza Huts located in their respective states. CPH operates selective Pizza Huts restaurant locations in Tennessee, Virginia, Maine and North Carolina.

6.

CPHV also owns a closed Pizza Hut building and related real estate in Gorham, New Hampshire. It has been deidentified as a Pizza Hut restaurant to comply with franchisor requirements.

ord.consolidate-jointadminister.v4

In the United States Bankruptcy Court for the District of Kansas
IN RE: WK Capital Enterprises, Inc., Capital Pizza Huts, Inc., Capital Pizza Huts of Vermont, Inc., Capital Pizza of New Hampshire, Inc.
Bankruptcy Case No.
Journal Entry and Order Directing Joint Administration and Procedural Consolidation Pursuant to Bankruptcy Rule 1015(b)
Page 4

7.

Although the Debtors operate fifty-six (56) Pizza Hut restaurants in six (6) states, the central business office location for the operation of the fifty-six (56) restaurants is at 3445 North Webb Road, Wichita, Kansas 67226. The President of the Debtors, Kenneth J. Wagnon, maintains his office and conducts business in Wichita, Kansas.

8.

Virtually all of the business records of the Debtors are located in Wichita, Kansas. The Operating Entities' contracts for administrative services, which are performed in Wichita, Kansas, are with WK.

9.

The Debtors also have contracts with Infosync Services, LLC ("Infosync") located in Wichita, Kansas for the performance of accounting, benefits administration, payroll, payables and cash management. Infosync is compensated approximately $32,000 a month for all services. Significant business activity, thus, takes place in Kansas.

In the United States Bankruptcy Court for the District of Kansas
IN RE: WK Capital Enterprises, Inc., Capital Pizza Huts, Inc., Capital Pizza Huts of Vermont, Inc., Capital Pizza of New Hampshire, Inc.
Bankruptcy Case No.
Journal Entry and Order Directing Joint Administration and Procedural Consolidation Pursuant to Bankruptcy Rule 1015(b)
Page 5

10.

The Operating Entities collectively operate fifty-six (56) Pizza Hut stores. Three of the fifty-six (56) operating stores are held in fee title by their respective entities. The remainder of the stores are leased from various lessors, plus the closed Gorham, New Hampshire location.

11.

The Operating Entities are delinquent in the payment of January, 2017, rent, but have paid all rent due prior to January 1, 2017, with one exception.

12.

The Debtors have approximately 1,400 employees (56 stores x 25 employees).

13.

CPH recently completed a sale pre-petition of sixteen (16) restaurants located in the state of New Jersey.

14.

This bankruptcy was caused, in part, by declining gross sales and increasing food costs. The Operating Entities attempted to sell their stores prior to the filing of the bankruptcy to a third party purchaser. That sale fell through when the buyer withdrew from the sale, necessitating the filing of the bankruptcy. After the sale fell through, the Debtors' principal secured lender, INTRUST Bank, N.A. ("INTRUST Bank") began returning checks from the Debtors' bank accounts due to the accounts being overdrawn.

In the United States Bankruptcy Court for the District of Kansas
IN RE: WK Capital Enterprises, Inc., Capital Pizza Huts, Inc., Capital Pizza Huts of Vermont, Inc., Capital Pizza of New Hampshire, Inc.
Bankruptcy Case No.
Journal Entry and Order Directing Joint Administration and Procedural Consolidation Pursuant to Bankruptcy Rule 1015(b)
Page 6

15.

The bank accounts of the Operating Entities have been maintained in a concentration account titled in the name of the parent company, WK. There are various sub-accounts held by WK for payroll and other operating expenses, as well as a reserve account maintained pursuant to the terms of a pre-petition cash management account.

16.

In addition, each Pizza Hut restaurant (except to the extent that more than one restaurant deposits in a single local account) maintains a "field account" at its location.

**Requested Relief**

17.

The Debtors anticipate that during the course of these cases, it will be necessary to file numerous motions and applications seeking relief on behalf of all of the Debtors. Accordingly, each debtor respectfully submits that procedural consolidation and joint administration of the Debtors' Chapter 11 cases is in the best interest of the Debtors' estates and creditors and will further the interest of judicial economy and administrative expediency by, among other things, eliminating the necessity of filing duplicate motions, entering duplicate orders and forwarding duplicate notices to creditors and parties-in-interest. This is not a request for substantive consolidation.

18.

Each debtor proposes that the caption of the jointly administered Chapter 11 cases be as

ord.consolidate-jointadminister.v4

In the United States Bankruptcy Court for the District of Kansas
IN RE: WK Capital Enterprises, Inc., Capital Pizza Huts, Inc., Capital Pizza Huts of Vermont, Inc., Capital Pizza of New Hampshire, Inc.
Bankruptcy Case No.
Journal Entry and Order Directing Joint Administration and Procedural Consolidation Pursuant to Bankruptcy Rule 1015(b)
Page 7

follows:

IN THE UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: | * | Case No. 17-10073 |
| WK CAPITAL ENTERPRISES, INC. | * | Chapter 11 |
| Debtor | * | |
| IN RE: | * | Case No. 17-10074 |
| CAPITAL PIZZA HUTS, INC. | * | Chapter 11 |
| Debtor | * | |
| IN RE: | * | Case No: 17-10075 |
| CAPITAL PIZZA HUTS OF VERMONT, INC. | * | Chapter 11 |
| Debtor | * | |
| IN RE: | * | Case No: 17-10076 |
| CAPITAL PIZZA OF NEW HAMPSHIRE, INC. | * | Chapter 11 |
| Debtor | * | **Jointly Administered** |

19.

A docket entry shall be made in each of the captioned cases substantially as follows: "An order has been entered in this case directing the joint administration and procedural consolidation under Bankruptcy Rule 1015(b) of the Chapter 11 cases of WK Capital Enterprises, Inc., Case No. 17-10073; Capital Pizza Huts, Inc., Case No. 17-10074; Capital Pizza Huts of Vermont, Inc., Case No. 17-10075; and Capital Pizza of New Hampshire, Inc., Case No. 17-10076. The docket of WK Capital

ord.consolidate-jointadminister.v4

In the United States Bankruptcy Court for the District of Kansas
IN RE:  WK Capital Enterprises, Inc., Capital Pizza Huts, Inc., Capital Pizza Huts of Vermont, Inc., Capital Pizza of New Hampshire, Inc.
Bankruptcy Case No.
Journal Entry and Order Directing Joint Administration and Procedural Consolidation Pursuant to Bankruptcy Rule 1015(b)
Page 8

Enterprises, Inc. should be consulted on all matters affecting any of these debtors in their jointly administered cases."

20.

The law firm of Hinkle Law Firm, LLC, shall represent the Debtors in the jointly administered case, with Forker Suter, LLC as co-counsel for the Debtors. There may be instances in which conflicts will result between the respective entities. In the event a legal conflict arises that the Creditors' Committee's counsel for the Operating Entities, if retained, prosecute such actions and that either Creditors' Committee counsel for the Operating Entities, if retained, defend or prosecute such actions or independent "conflict counsel" for both debtors be appointed under 11 U.S.C. §327 for that specialized purpose. The Debtors, however, believe that a matter of economy will result if one law firm represents the four entities due to the integrated working relationship between the four entities.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that these cases shall be procedurally consolidated and jointly administered as set forth herein.

IT IS SO ORDERED.

# # #

In the United States Bankruptcy Court for the District of Kansas
IN RE:   WK Capital Enterprises, Inc., Capital Pizza Huts, Inc., Capital Pizza Huts of Vermont, Inc., Capital Pizza of New Hampshire, Inc.
Bankruptcy Case No.
Journal Entry and Order Directing Joint Administration and Procedural Consolidation Pursuant to Bankruptcy Rule 1015(b)
Page 9

APPROVED BY:

HINKLE LAW FIRM LLC


 /s/Edward J. Nazar
Edward J. Nazar, #09845
301 North Main, Suite 2000
Wichita, KS 67202-4820
316.267.2000 / 316.264.1518 fax
enazar@hinklaw.com

FORKER SUTER, LLC


 /s/Dan W. Forker, Jr.
Dan W. Forker, Jr., #06442
PO Box 1868
Hutchinson, KS 67504-1868
620.663.7131 / 620.669.0714 fax
dforker@forkersuter.com
   *Attorneys for Debtors*

ord.consolidate-jointadminister.v4